**Charles Davis BOWMAN,
Plaintiff—Appellant,**

v.

**W.T. BAGGERLY, Pittsylvania County Sheriff's Department; T.L. Nicholson, Pittsylvania County Sheriff's Department, Defendants—Appellees.**

No. 03–7866.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2004.

Decided March 31, 2004.

Charles Davis Bowman, Appellant pro se.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Davis Bowman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bowman v. Baggerly,* No. CA–03–718–2 (E.D.Va. Nov. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*